445 F.2d 298
 UNITED STATES of America, Plaintiff-Appellee,
v.
Dwight DANIEL, Defendant-Appellant.
No. 71-1326 Summary Calendar.*
*Rule 18, 5th Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 431 F.2d 409, Part
I (5th Cir.1970).
 United States Court of Appeals, Fifth Circuit.
 July 9, 1971.
 
 Roger R. Auman, Trenton, Ga. (court-appointed), for defendant-appellant.
 Wayman G. Sherrer, U.S. Atty., Albert C. Bowen, Jr., Asst. U.S. Atty., Birmingham, Ala., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Alabama; Clarence W. Allgood, District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Judgment affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)